AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br>CHUNY ANN REED<br><br>*Defendant(s)* | )<br>)<br>)   Case No.   4:22 MJ 7029  (SPM)<br>)   SUBMITTED TO THE COURT AND SIGNED BY<br>)   RELIABLE ELECTRONIC MEANS<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 5, 2022__ in the county of __St. Louis__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, U.S.C., Section 841(a)(1) | Distribution of cocaine base and fentanyl |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.   I state under the penalty of perjury that the foregoing is true and correct.

*Complainant's signature*

TFO Daniel Plumb, DEA

*Printed name and title*

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date: 2-8-2022

*Judge's signature*

City and state:   St. Louis, Missouri     Honorable Shirley Padmore Mensah, U.S. Magistrate Judge

*Printed name and title*