UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:22MJ7029 SPM ) ) |
| CHUNY ANN REED, | ) ) |
| Defendant. | ) |

## **ENTRY OF APPEARANCE**

Senior Litigator Diane L. Dragan enters her appearance as appointed counsel of record for the Defendant Chuny Ann Reed replacing all counsel who have previously appeared on behalf of the Defendant.

Respectfully submitted,

/s/Diane L. Dragan
DIANE L. DRAGAN   21427 NE
Senior Litigator
1010 Market Street - Suite 200
St. Louis, Missouri 63101
Telephone 314-241-1255
FAX: 314-421-3177
E-Mail: Diane_Dragan@fd.org

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on 02/09/2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Office of the United States Attorney.

                /s/ Diane L. Dragan
                DIANE L. DRAGAN   21427 NE