UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:22MJ7029 SPM |
| v. | ) |
| | ) |
| CHUNY ANN REED, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

Assistant Federal Public Defender Rachel Korenblat enters her appearance as appointed co-counsel of record for the Defendant Chuny Ann Reed.

Respectfully submitted,

/s/Rachel Korenblat
RACHEL KORENBLAT
Assistant Federal Public Defender
1010 Market Street - Suite 200
St. Louis, Missouri 63101
Telephone 314-241-1255
FAX: 314-421-3177
E-Mail: Rachel_Korenblat@fd.org

ATTORNEY FOR DEFENDANT

# **CERTIFICATE OF SERVICE**

I hereby certify that on 02/09/2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Office of the United States Attorney.

/s/ Rachel Korenblat
RACHEL KORENBLAT